UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| THERYON RONALD SAMPSON, | ) |
| Plaintiff, | ) Civil Action No.: 5:17-cv-2961-TLW-KDW |
| v. | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion to Remand, to which Plaintiff has consented, it is hereby

ORDERED that Defendant's Motion is granted. Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative proceedings.[1]

IT IS SO ORDERED.

July 11, 2018
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.