**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION**

| | | |
|---|---|---|
| Theryon Ronald Sampson, | ) | C/A No.: 5:17-cv-02961-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Plaintiff Theryon Ronald Sampson's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF No. 21. Plaintiff's motion seeks reimbursement for counsel's representation in the above-captioned matter in the amount of $4,621.50 in attorney's fees, $400.00 for costs, and $23.00 for expenses. The Commissioner filed a response indicating that she did not object to the award. ECF No. 22.

Having reviewed the file and being fully advised, the Court hereby **ORDERS** that the motion for the award of attorney's fees, costs, and expenses pursuant to the EAJA, ECF No. 21, is **APPROVED**, and the Commissioner is ordered to award Plaintiff $4,621.50 in attorney's fees, $400.00 for costs, and $23.00 for expenses, less the amount of any federal debts owed by Plaintiff. Although the EAJA fee award should be paid to Plaintiff rather than to his attorney pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 595–98 (2010), the check itself should be mailed directly to Plaintiff's attorney.

    **IT IS SO ORDERED.**

      *s/Terry L. Wooten*
      Terry L. Wooten

February 6, 2019       Chief United States District Judge
Columbia, South Carolina